COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| THEODORE H. AYOUB, | § | |
| | | No. 08-15-00379-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 243rd District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20140D02914) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed/modified to reflect a sentence of six months' confinement, to run concurrently with Appellant's other cases. We therefore affirm the judgment of the trial court as reformed/modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.